# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| O.B., | : | No. 73 WAL 2019 |
| | : | |
| Respondent | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| C.B., | : | |
| | : | |
| Petitioner | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 3rd day of May, 2019, the Petition for Allowance of Appeal is **DENIED**.